UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARI EATON-PARSLEY,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK and CO., SEARS HOLDING CORPORATION, and DOES I-X,<br><br>Defendants. | Case No. 3:10-cv-00109-LRH-VPC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; ORDER** |

Plaintiff CARI EATON-PARSLEY and Defendant SEARS, ROEBUCK and CO. by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice with each party to bear its own costs and fees.

Dated: January 3, 2011                                                         Dated: January 3, 2011

LITTLER MENDELSON                                                     LAW OFFICE OF MARK MAUSERT


By: _____/s/_____                                  By: _____/s/_____
    SUSAN HEANEY HILDEN, ESQ.                                      MARK MAUSERT, ESQ.
    Attorneys for Defendant                                                    Attorney for Plaintiff

**IT IS SO ORDERED** this 15th day of January, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE